UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                                      CASE NO. 10-51503 G
                                                                            CHAPTER 13

FERMIN T. AROCHA
ELAINE P. RICHARDS-AROCHA              JUDGE CRAIG A. GARGOTTA

            DEBTORS                             **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary K. Viegelahn files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**    RUSHMORE LOAN MANAGEMENT SERVICES

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 7 | 2802 | $11,611.18 | $11,611.18 | $12,488.92 |
| Total Amount Paid by Trustee | | | | $12,488.92 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit              **X**   Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-51503 G

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 13th day of April, 2015.

FERMIN T. AROCHA
ELAINE P. RICHARDS-AROCHA
734 KOPPLOW PLACE
SAN ANTONIO, TX 78221

DAVIS LAW FIRM
10500 HERITAGE BLVD STE 102
SAN ANTONIO, TX 78216

RUSHMORE LOAN MANAGEMENT SERVICES
P O BOX 52708
IRVINE, CA 92619-2708

Citifinancial Mortgage
PO Box 660065
Dallas, TX 75266

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

MACKIE WOLF ZIENTZ & MANN PC
PARKWAY OFFICE CENTER SUITE 900
14160 NORTH DALLAS PARKWAY
ATTENTION: MICHAEL ZIENTZ, ATTORNEY
DALLAS, TX 75254

CITIMORTGAGE INC
P O BOX 140609
IRVING, TX 75014

United States Trustee

Date: 4/13/2015

/s/ Mary K. Viegelahn
Mary K. Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216